UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARTIN J. SCHOENBERGER AND<br>THE EYE CENTER OF ST. BERNARD, APMC | CIVIL ACTION<br>NO. 06-7542 |
| VERSUS | |
| INSURANCE UNDERWRITERS, LTD. | SECTION M |

**ORDER**

Before the Court is Plaintiffs' Motion to Remand which is opposed by Defendants and which came for hearing on April 4, 2007, on the briefs. After consideration of the Motion, the opposition and the applicable law, the Court grants the Remand.

Plaintiffs Martin J. Schoenberger (Schoenberger) and The Eye Center of St. Bernard (The Eye Center), a Louisiana Professional Medical Corporation, are the owners of property located at 901 West Judge Perez Drive in Chalmette, Louisiana. During Hurricane Katrina and Hurricane Rita the property and its contents were flooded. At the time of the Hurricanes, Schoenberger and The Eye Center were insured by a policy procured for them by Defendant Insurance Underwriters, Ltd, (IU), a Louisiana corporation.

Schoenberger and The Eye Center filed suit in the 34th Judicial District Court for the Parish of St. Bernard against Underwriters, alleging that, although they were paid the policy limits, their property suffered damage far in excess of the policy limits, and that IU was

negligent in not procuring the $500,000 maximum in building coverage and the $500,000 maximum in contents coverage available under the National Flood Insurance Program. They further allege that IU mistakenly rated their property as being in a more flood prone area that it actually was, and thus, should have procured more coverage for the amount of premiums paid. [1]

IU removed the case to this Court. Schoenberger and The Eye Center now seek a remand back to state court.

As this Court has stated in previous orders, if plaintiffs state a viable cause of action against a non-diverse defendant, that carries with it a presumption of regularity. Any alleged but unresolved facts are accepted in the fact-pleading record. *See* 28 U.S.C. §1441(b).

**ACCORDINGLY**, the Motion is **GRANTED** and the matter is **REMANDED** to the 34th Judicial District Court for the Parish of St. Bernard.

New Orleans, Louisiana, this 4th day of April, 2007.

Peter Beer
United States District Judge

---

[1] *See* Paragraphs XII, XIII, and XIV, and XV of Plaintiffs' Petition